United States District Court
Southern District of Texas
**ENTERED**
September 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| SELVIN ADONEY GARCIA-PESQUERA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-635 |
| | § | |
| MIGUEL VERGARA *et al.* | § | |

**ORDER**

In this habeas proceeding, Petitioner seeks relief under 28 U.S.C. § 2241 (*see* Dkt. No. 1). Petitioner's counsel filed an advisory to inform the Court that Petitioner, through another attorney, previously filed another petition, Case No. 5:26-cv-587, requesting "substantially similar relief" (Dkt. No. 10 at 1). The advisory contends that "Petitioner retained both attorneys at approximately the same time, resulting in the separate filings without the knowledge of either attorney" (Dkt. No. 10 at 2).

When a Petitioner files claims alleging "substantially the same facts arising from a common series of events" as a case pending before another district court, the ordinary course of action is for the later-filed claim to be summarily dismissed. *Pittman v. Moore*, 980 F.2d 994, 994–95 (5th Cir. 1993) ("Ordinarily . . . the district court confronted with the later-filed action should dismiss it in favor of the case that was filed earlier."); *see Massaquoi v. U S Immigr. & Customs Enf't*, No. 1:25-CV-00371, 2025 WL 2252594, at *1 (W.D. La. July 15, 2025) (recommending dismissal of a duplicative § 2241 habeas petition), *report and recommendation adopted sub nom. Massaquoi v. US Immigr. & Customs Enf't*, No. 1:25-CV-00371 SEC P, 2025 WL 2248943 (W.D. La. Aug. 6, 2025). Here, Petitioner acknowledges that the two petitions concern the same individual and seek substantially similar relief (Dkt. No. 10 at 1).

Accordingly, this later-filed habeas proceeding is **DISMISSED WITHOUT PREJUDICE** to Petitioner's prosecution of the duplicative pending action before United States District Judge Nelva Gonzales Ramos, 5:26-cv-587, *Garcia Pesquera v. Vergara et al*. Respondents' Motion for Summary Judgment (Dkt. No. 6) is **DENIED AS MOOT**. The Clerk of Court is **DIRECTED** to **CLOSE** this civil action.

It is so **ORDERED**.

**SIGNED** September 22, 2026.

Marina Garcia Marmolejo
United States District Judge